# EXHIBIT 2

*Administration of Donald J. Trump, 2020*

## Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition
*September 8, 2020*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for 10 years, beginning on July 1, 2022, and ending on June 30, 2032:

(1) the areas of the Outer Continental Shelf designated by section 104(a) of the Gulf of Mexico Energy Security Act of 2006, Public Law 109–432; and

(2) the areas currently designated by the Bureau of Ocean Energy Management as the South Atlantic and Straits of Florida Planning Areas.

This withdrawal prevents consideration of these areas for any leasing for purposes of exploration, development, or production during the 10-year period beginning on July 1, 2022, and ending on June 30, 2032.

This withdrawal does not apply to leasing for environmental conservation purposes, including the purposes of shore protection, beach nourishment and restoration, wetlands restoration, and habitat protection.

Nothing in this withdrawal affects the rights under existing leases in the withdrawn areas.

This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

NOTE: An original was not available for verification of the content of this memorandum.

*Categories:* Communications to Federal Agencies : U.S. Outer Continental Shelf, withdrawal from leasing disposition, memorandum.

*Subjects:* U.S. Outer Continental Shelf, withdrawal of areas from leasing disposition.

*DCPD Number:* DCPD202000659.

1