# EXHIBIT 3

*Administration of Donald J. Trump, 2020*

## Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition
*September 25, 2020*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for 10 years, beginning on July 1, 2022, and ending on June 30, 2032:

The portion of the area designated by the Bureau of Ocean Energy Management as the Mid Atlantic Planning Area that lies south of the northern administrative boundary of North Carolina, as that administrative boundary is depicted on the attached map, entitled Atlantic NAD 83 Federal Outer Continental Shelf (OCS) Administrative Boundaries (January 2010), and extending east from the coordinate point described as 36–31–58.36 North Latitude and 71–30–02.01 West Longitude 200 nautical miles off the coastline to the offshore coordinate point described as 36–23–6.52 North Latitude and 70–04–13.32 West Longitude on the eastern boundary of the Mid Atlantic Planning Area.

This withdrawal prevents consideration of this area for any leasing for purposes of exploration, development, or production during the 10-year period beginning on July 1, 2022, and ending on June 30, 2032.

This withdrawal does not apply to leasing for environmental conservation purposes, including the purposes of shore protection, beach nourishment and restoration, wetlands restoration, and habitat protection.

Nothing in this withdrawal affects the rights under existing leases in the withdrawn area.

This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

NOTE: An original was not available for verification of the content of this memorandum.

*Categories:* Communications to Federal Agencies : U.S. Outer Continental Shelf, withdrawal from leasing disposition, memorandum.

*Subjects:* U.S. Outer Continental Shelf, withdrawal of areas from leasing disposition.

*DCPD Number:* DCPD202000726.

1