# EXHIBIT 30



THE SECRETARY OF THE INTERIOR
WASHINGTON

**ORDER NO. 3420**

**Subject:** Announcing President Trump's Revocation of Former Outer Continental Shelf Withdrawals

Sec. 1. **Purpose.** The Department of the Interior (Department) is committed to the advancement of President Trump's energy policies, including to encourage energy exploration and production on Federal lands and waters, including on the Outer Continental Shelf (OCS), in order to meet the needs of our citizens and solidify the United States as a global energy leader. This Order implements, in relevant part, the President Trump's January 20, 2025, Executive Order titled "Initial Rescissions of Harmful Executive Orders and Actions" (Harmful Executive Orders EO). To ensure that the Department's Bureaus and Offices are focused on achieving these policies, this Order announces that President Trump has revoked the withdrawals of the OCS from oil and gas leasing that the Biden administration issued and instructs all Department Bureaus/Offices to take all actions available to expedite oil and gas leasing on the OCS.

Sec. 2. **Authorities.** This Order is issued under the authority of section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended, and the Outer Continental Shelf Lands Act (OCS Lands Act) (43 U.S.C. §§ 1331 *et seq*.). The OCS Lands Act declares that "the [OCS] is a vital national resource reserve held by the Federal Government for the public, which should be made available for expeditious and orderly development…" 43 U.S.C. § 1332(3).

Sec. 3. **Background.** President Biden issued Presidential memoranda withdrawing areas of the OCS from oil and gas leasing, including the March 13, 2023, memorandum titled "Withdrawal of Certain Areas off the United States Arctic Coast of the Outer Continental Shelf from Oil or Gas Leasing" and two memoranda on January 6, 2025, titled "Withdrawal of Certain Areas of the United States Outer Continental Shelf from Oil or Natural Gas Leasing" (together the "Biden Withdrawal Memos"). On January 20, 2025, President Trump issued the Harmful Executive Orders EO, which, among other things, revoked the Biden Withdrawal Memos, to commence policies that will make our Nation united, fair, safe, and prosperous again.

Sec. 4. **Implementation.** Pursuant to this Order, all relevant Department Bureaus and Offices are notified that all Biden OCS withdrawals of the OCS for oil and gas leasing have been revoked. The heads of Bureaus and Offices are responsible for communicating the contents of this order to their staff and instructing their staff to immediately update Bureau and Office documents, websites, and policies to reflect this change.

Sec. 5. **Effect of this Order.** This Order is intended to ensure that Department Bureau and Office staff are aware that any withdrawals of the OCS from oil and gas development issued by the Biden administration have been revoked, and that Bureaus and Offices are to take all actions available to expedite the leasing of the OCS for oil and gas exploration and production, consistent with applicable laws and regulations.

available to expedite the leasing of the OCS for oil and gas exploration and production, consistent with applicable laws and regulations.

Sec. 6. **Effective Date.** This Order is effective immediately and will remain in effect until it is amended, superseded, or revoked, whichever occurs first.

*[signature]*

Secretary of the Interior

Date:   FEB 0 3 2025