IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Thomas P. LeBlanc <br><br> Case No. 2:25-cv-71 <br><br> **FEDERAL DEFENDANTS' RESPONSE TO APPLICANT-INTERVENORS' MOTION TO INTERVENE** |

Federal Defendants Donald J. Trump,[1] in his official capacity as President of the United States, Douglas Burgum, in his official capacity as Secretary of the Interior, James Anderson, in his official capacity exercising the delegated authorities of the Director of the U.S. Bureau of Ocean Energy Management ("BOEM"), Givey Kochanowski, in his official capacity as Regional Director of BOEM's Alaska Office, James Kendall, in his official capacity as Regional Director of BOEM's Gulf of America Office, and Douglas Boren, in his official capacity as Regional Director of BOEM's Pacific Office hereby take no position regarding Applicant-Intervenors' Motion to Intervene, ECF No. 20, filed by Friends of the Earth, Healthy Gulf, and Surfrider Foundation.

Respectfully submitted this 20th day of March 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

---

[1] President Donald J. Trump and current federal officials are automatically substituted for their predecessors in office pursuant to Federal Rule of Civil Procedure 25(d).

1

Environment and Natural Resources Division

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

*Counsel for Federal Defendants*