UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., *Plaintiffs,* v. JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., *Defendants,* and FRIENDS OF THE EARTH, et al., *Applicant-Intervenor-Defendants.* | Civ. No.: 2:25-CV-00071-JDC-TPL Judge: James D. Cain, Jr. Mag. Judge: Thomas P. LeBlanc |

## ORDER

Upon consideration of the Motion to Intervene by Friends of the Earth, Healthy Gulf, Oceana, and Surfrider Foundation, it is hereby ORDERED that the motion is GRANTED. The Proposed Answer in Intervention, which accompanied the motion to intervene, shall be deemed to have been filed and served by ECF on the date of this Order.

THUS DONE AND SIGNED in Chambers this 25th day of March, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE