**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> DEFENDANTS, <br><br> FRIENDS OF THE EARTH, et al., <br><br> INTERVENOR-DEFENDANTS. | CIVIL ACTION NO. 2:25-CV-00071 |

**JOINT PROPOSED BRIEFING SCHEDULE**

On June 5, 2025, the Court directed the parties to file a joint proposed briefing schedule on summary judgment motions, with all briefing to be completed by October 1, 2025. ECF 45. The parties have conferred and jointly propose the following schedule:

- June 30: Plaintiffs' MSJs due

- August 4: Defendants' Opp./MSJ due

- August 11: Intervenor-Defendants' Opp./MSJ due

- September 8: Plaintiffs' Replies/Opp. due

- September 24: Defendants' Reply due

- October 1: Intervenor-Defendants' Reply due

Dated: June 17, 2025

Respectfully,

/s/ *J. Benjamin Aguiñaga*
LIZ MURRILL
  Attorney General
J. Benjamin Aguiñaga (*pro hac vice*)
  Solicitor General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
Caitlin Huettemann (LA #40402)
  Assistant Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
FairclothZ@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

*Counsel for Federal Defendants*

1

*/s/ Lauren E. Godshall*
Lauren E. Godshall, La. Bar. No. 31465
Earthjustice
1505 Colony Place
Metairie, LA 70003
T: 773-828-0836
lgodshall@earthjustice.org

*/s/ Stephen D. Mashuda*
Stephen D. Mashuda (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: 206-343-7340
smashuda@earthjustice.org

*/s/ Brettny Hardy*

Brettny Hardy (*pro hac vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415-217-2000
bhardy@earthjustice.org

*/s/ Benjamin P. Chagnon*
Benjamin P. Chagnon (*pro hac vice*)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
T: 202-745-5210
bchagnon@earthjustice.org

*Counsel for Intervenor-Defendants Friends of the Earth, Healthy Gulf, Oceana, Surfrider Foundation*