UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

THE STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY, et al.,

PLAINTIFFS,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; et al.,

DEFENDANTS.

Civ. No. 2:21-CV-00778-TAD

# DECLARATION OF HOLLY A. HOPKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Holly A. Hopkins, declare as follows:

1. I am over eighteen years old, have personal knowledge of the matters set forth in this declaration, and am competent to testify as to those matters.

2. I am the Vice President of Upstream Policy for the American Petroleum Institute (API), where I have been employed for over 15 years. My work at API covers, among other things, regulatory and legislative matters related to the leasing, development, and production of oil and gas in federal waters.

3. Prior to joining API, I was employed by the Department of the Interior (DOI) for over seven years. At DOI, I served as Special Assistant to the Deputy Secretary and as Chief of Staff at the Minerals Management Service, which is now organized into the Bureau of Safety and Environmental Enforcement and the Bureau of Ocean Energy Management (BOEM). In both positions, I performed a wide variety of tasks that included significant work related to federal offshore oil and gas leasing and development policies and regulations.

1

4.      Based on my experience at API and DOI, I am familiar with API member companies' activities concerning leasing, exploration, and production activities in all parts of the United States Outer Continental Shelf (OCS).

5.      API is the primary national trade association of the oil and gas industry. API represents approximately 600 companies involved in all aspects of the industry, including exploration and production. Its members conduct much of the production, refining, marketing, and transportation of petroleum and petroleum products in the United States.

6.      Together with its member companies, API is committed to ensuring a strong, viable U.S. oil and gas industry, capable of meeting the energy needs of our Nation in an efficient and environmentally responsible manner. Representation of the interests of the industry in litigation is part of API's overall purpose, including by bringing affirmative litigation and intervening as a party in litigation affecting those interests.

7.      Oil and gas development on the OCS is carried out exclusively through private oil and gas companies (including publicly traded companies), who receive leases and other approvals to conduct oil and gas exploration and development through processes set forth in the Outer Continental Shelf Lands Act. Those companies engage in exploratory activities like geological survey and seismic testing even before a lease is secured. After acquiring leases through a sealed bidding process, those companies then engage in exploration and development efforts that, if successful, will lead to production. Operations for the exploration and development of oil and gas resources—including exploratory activities and drilling—are conducted pursuant to plans and permits that must be approved by the Interior Department.

8.      According to BOEM's latest (2021) assessment of undiscovered oil and gas resources on the OCS, there are 4.31 billion barrels of oil and 34.09 trillion cubic feet of natural gas in the Atlantic OCS; 4.87 billion barrels of oil and 12.25 trillion cubic feet of natural gas in the

Eastern Gulf of Mexico; 10.2 billion barrels of oil and 16.07 trillion cubic feet of natural gas in the Pacific OCS; 24.69 billion barrels of oil and 124.03 trillion cubic feet of natural gas in the Alaska OCS. The Beaufort Sea alone has 5.74 billion barrels of oil and 16.10 trillion cubic feet of natural gas; and the Chukchi Sea has 15.72 billion barrels of oil and 79.58 trillion cubic feet of natural gas.[1]

9. While federal offshore oil and natural gas production accounted for approximately 14% of total U.S. crude oil production and 2% of total natural gas production in 2024, recent studies have shown that the OCS could play an even greater role in increasing domestic production, creating jobs, and driving other economic benefits. For example, in recent studies, Calash and Northern Economics concluded that:

   a. Development in the Atlantic OCS could support over 260,000 new jobs along the East Coast and across the country, contribute up to $21.7 billion per year to our Nation's economy, and add 1.5 million barrels of oil equivalent per day to U.S. production.

   b. Development in the Eastern Gulf of Mexico OCS could support over 170,000 new jobs along the Gulf Coast and across the country, contribute up to $14 billion per year to our Nation's economy, and add 1 million barrels of oil equivalent per day to U.S. production.

   c. Development in the Pacific OCS could support over 300,000 new jobs along the Pacific Coast and across the country, contribute up to $25 billion per year to our Nation's economy, and add 1.5 million barrels of oil equivalent per day to U.S. production.

   d. Development in the Alaska OCS could support about 13,500 jobs per year in Alaska and across the country, generate $53.4 billion total cumulative spending by the

---

[1] https://www.boem.gov/sites/default/files/documents/oil-gas-energy/resource-evaluation/2021%20Fact%20Sheet_0.pdf.

3

industry over 20 years, and produce over 3 billion barrels of oil in the 20 years after leasing begins.[2]

10.    API members include leaseholders in nearly every leased OCS region, and API members have for decades been among the principal bidders on—and have expended significant resources to obtain—OCS leases for the opportunity to explore for and develop valuable oil and gas resources. Members of API are actively engaged in oil and gas exploration and production, and have for decades been among the principal developers of leases throughout the OCS. In addition to leaseholders and operators, API members include companies that provide support services—for example, supplying material and equipment—for offshore oil and gas development.

11.    President Biden's purported permanent withdrawal of large swaths of OCS lands from future disposition for oil and gas development would directly harm API members. The permanent withdrawal precludes any future OCS leases in these regions, and the exploration and development of valuable oil and gas resources. Absent President Biden's purportedly permanent withdrawals, API members would consider future exploration and development opportunities, including bidding on leases for oil and gas development on these OCS lands.

12.    President Biden's purportedly permanent withdrawal of vast amounts of OCS lands also deprives API and its members of an opportunity to provide comments and recommendations on proposed leasing programs for the withdrawn areas. By withdrawing significant portions of the OCS from future consideration for oil and gas drilling, President Biden is preventing DOI from considering the interests of API, its members, and other oil and gas producers. Absent those

---

[2] http://www.api.org/news-policy-and-issues/exploration-and-production/new-economic-studies-on-offshore-energy-development

4

withdrawals, API and its members would provide comments on proposed five-year leasing programs under OSCLA as they have done for prior five-year leasing proposals.[3]

13. Several members of API are former leaseholders in the OCS region in the Atlantic. Although there is currently no active oil and gas production in the Atlantic, API and its members regularly evaluate proposed OCS leasing programs and provide comments and recommendations to BOEM regarding those proposals. If the Atlantic region were not withdrawn from consideration for oil and gas leasing, API and its members would evaluate potential future exploration and development opportunities, including bidding on leases for oil and gas development and offering comments on leasing programs and potential lease sales involving that region. API members would also likely provide support services for oil and gas development in the region, such as supplying materials and equipment.

14. Several of API's members are current leaseholders in the Gulf of America OCS region and engage in active oil and gas production in the region. Those members have invested millions of dollars in offshore operations in that region and support thousands of jobs in the states bordering the Gulf of America. These members actively participate in auctions for leases in the Gulf of America under the OCS leasing program, providing millions of dollars in revenue to the U.S. Treasury. Those members regularly evaluate proposed OCS leasing programs involving the Gulf region and provide comments and recommendations to BOEM regarding those proposals. These members would consider future exploration and development opportunities, including bidding on additional leases for oil and gas development, if the OCS lands in the Eastern Gulf of

---

[3] *See, e.g.*, API, Comments for the 2019-2024 Draft Proposed National Oil and Gas Leasing Program and Notice of Intent to Prepare a Programmatic Environmental Impact Statement (Mar. 9, 2018), https://energeoalliance.org/wp-content/uploads/2020/07/IAGC-comments-on-the-2019%E2%80%932024-Draft-Proposed-National-Oil-and-Gas-Leasing-Program-and-Notice-of-Intent-to-Prepare-a-Programmatic-Environmental-Impact-Statement-Trade-Association-Joint-Comments.pdf.

America were not purported to be permanently withdrawn but instead made available for consideration of oil and gas development. API members would also likely provide additional support services for oil and gas development in the region, such as supplying materials and equipment. In addition, API and its members regularly evaluate proposed OCS leasing programs and consistently provide comments and recommendations to BOEM regarding those proposals. If areas of the Gulf of America OCS region were not withdrawn from consideration for oil and gas leasing, API and its members would evaluate and offer comments on leasing programs involving those areas.

15. Several of API's members are current leaseholders in the OCS regions in Pacific Ocean and engage in active oil and gas production in the region. Although no new leases have been issued recently, these members would consider future exploration and development opportunities, including bidding on leases for oil and gas development, if OCS lands in the Pacific region were not purported to be permanently withdrawn but instead were made available for consideration of oil and gas development. API members would also likely provide additional support services for oil and gas development in the region, such as supplying materials and equipment. In addition, API and its members regularly evaluate proposed OCS leasing programs and provide comments and recommendations to BOEM regarding those proposals. If the Pacific region were made available for consideration for oil and gas development, API and its members would evaluate and offer comments to any leasing programs involving that region.

16. Several of API's members have actively participated in auctions for oil and gas development leases in the Alaska region under the OCS leasing program. API and its members regularly evaluate proposed OCS leasing programs and consistently provide comments and recommendations to BOEM regarding those proposals. If the withdrawn areas of the Alaska region were made available for consideration for oil and gas development, API and its members would

evaluate potential additional exploration and development opportunities, including bidding on additional leases for oil and gas development and offering comments on leasing programs and potential lease sales involving those areas. API members would also likely provide additional support services for oil and gas development in the region, such as supplying materials and equipment.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Executed on May 5, 2025, in Washington, D.C.

Holly A. Hopkins