**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> DEFENDANTS, <br><br> and <br><br> FRIENDS OF THE EARTH, et al., <br><br> INTERVENOR-DEFENDANTS. | Civ. No. 2:25-cv-00071 |

**DECLARATION OF DANIEL S. VOLCHOK IN SUPPORT OF**
**THE AMERICAN PETROLEUM INSTITUTE'S MOTION FOR SUMMARY JUDGMENT**

I, Daniel S. Volchok, declare as follows:

1. I submit this declaration in support of the American Petroleum Institute's motion for summary judgment.

2. I am a partner at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, and serve as counsel to the American Petroleum Institute (API) in the above-captioned case. I am licensed to practice law in Maryland and the District of Columbia.

3. From my role as counsel for API, I have personal knowledge of the facts set forth in this declaration.

4. Exhibit A to this declaration is a PDF of pages 6743 to 6745 of Volume 90 of the Federal Register, which includes the Memorandum "Withdrawal of Certain Areas of the United States Outer Continental Shelf from Oil or Natural Gas Leasing" from January 17, 2025.

5. Exhibit B to this declaration is a PDF of pages 6739 to 6741 of Volume 90 of the Federal Register, which includes the Memorandum "Withdrawal of Certain Areas of the United States Outer Continental Shelf from Oil or Natural Gas Leasing" from January 17, 2025.

6. Exhibit C to this declaration is a PDF of page 2352 of Volume 25 of the Federal Register, which includes Proclamation 3339, "Establishing The Key Largo Coral Reef Preserve" from March 19, 1960.

7. Exhibit D to this declaration is a PDF of pages 5655 and 5656 of Volume 34 of the Federal Register, which includes Public Land Order 4587, "Establishment of Santa Barbara Channel Ecological Preserve," from March 26, 1969.

8. Exhibit E to this declaration is a PDF of pages 1006 to 1008 of Volume 26, Number 26 of the Weekly Compilation of Presidential Documents, which includes the "Statement on Outer Continental Shelf Oil and Gas Development" from July 2, 1990.

1

9. Exhibit F to this declaration is a PDF of page 1111 of Volume 34, Number 25 of the Weekly Compilation of Presidential Documents, which includes the "Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition" from June 22, 1998.

10. Exhibit G to this declaration is a PDF of page 19 of Volume 43, Number 2 of the Weekly Compilation of Presidential Documents, which includes the "Memorandum on Modification of the June 12, 1998, Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition" from January 15, 2007.

11. Exhibit H to this declaration is a PDF of the "Memorandum re Outer Continental Shelf Oil and Gas Program for 1992-1997" dated August 4, 1992, which was sent via email by the Bush Library on April 30, 2025.

12. Exhibit I to this declaration is a PDF of page 986 of Volume 44, Number 28 of the Weekly Compilation of Presidential Documents, which includes the "Memorandum on Modification of the Withdrawal of Areas of the United States Outer Continental Shelf from Leasing Disposition" from July 21, 2008.

13. Exhibit J to this declaration is a PDF of page 1621 of the 2014 Public Papers of the Presidents, which includes the "Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition" from December 16, 2014.

14. Exhibit K to this declaration is a PDF of pages 115-116 of the 2015 Public Papers of the Presidents, which includes the "Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf Offshore Alaska From Leasing Disposition" from January 27, 2015.

15. Exhibit L to this declaration is a PDF of page 90669-90674 of Volume 81 of the Federal Register, which includes Executive Order 13754, "Northern Bering Sea Climate Resilience," from December 14, 2016.

16. Exhibit M to this declaration is a PDF of page 1654 of the 2016 Public Papers of the Presidents, which includes the "Memorandum on Withdrawal of Certain Areas off the Atlantic Coast on the Outer Continental Shelf from Mineral Leasing" from December 20, 2016.

17. Exhibit N to this declaration is a PDF of pages 1653 and 1654 of the 2016 Public Papers of the Presidents, which includes the "Memorandum on Withdrawal of Certain Areas of the United States Arctic Outer Continental Shelf from Mineral Leasing" from December 20, 2016.

18. Exhibit O to this declaration is a PDF of the Bureau of Ocean Energy Management's webpage, "Economic Contribution," available at https://www.boem.gov/oil-gas-energy/energy-economics/economic-contribution#:~:text=During%20FY%202022%2C%20the%20OCS,contribution%20to%20Gross%20Domestic%20Product).

19. Exhibit P to this declaration is a PDF of a report prepared by PwC titled "Impacts of the Oil and Natural Gas Industry on the US Economy in 2019," dated July 2021, and available at https://www.api.org/-/media/files/policy/american-energy/pwc/api-pwc-economic-impact-report.pdf.

20. Exhibit Q to this declaration is a PDF of the U.S. Department of Interior Natural Resource Revenue Data webpage, "Gulf of America Outer Continental Shelf (OCS) Disbursements," available at https://revenuedata.doi.gov/how-revenue-works/gomesa/.

21. Exhibit R to this declaration is a PDF of an Office of Legal Counsel slip opinion titled "Revocation of Prior Monument Designations" from May 27, 2025.

22. Exhibit S to this declaration is a PDF of pages 434 to 435 of the 2010 Public Papers of the Presidents, which includes the "Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition" from March 31, 2010.

I declare under penalty of perjury that the foregoing is true.
Executed on this 30th day of June, 2025, in Washington, D.C.

3

/s/ Daniel S. Volchok

Daniel S. Volchok
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
Daniel.Volchok@wilmerhale.com