# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*, and FRIENDS OF THE EARTH, et al., *Intervenor-Defendants*. | Civ. No.: 2:25-CV-00071-JDC-TPL <br><br> Judge: James D. Cain, Jr. <br><br> Mag. Judge: Thomas P. LeBlanc |

**ORDER GRANTING DEFENDANTS' AND INTERVENOR-DEFENDANTS' JOINT UNOPPOSED MOTION TO EXEND THE PAGE LIMIT FOR THEIR MOTIONS FOR SUMMARY JUDGMENT AND OPPOSITIONS TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendants' and Intervenor-Defendants' Joint Unopposed Motion to Extend the Page Limit for Their Motions for Summary Judgment and Oppositions to Plaintiffs' Motions for Summary Judgment. Having considered the Motion and all other matters properly presented to the Court,

THE COURT HEREBY FINDS that good cause exists to grant the Motion, and therefore the Motion is GRANTED. It is therefore ORDERED that Defendants Donald J. Trump, in his official capacity as President of the United States, et al. and Intervenor-Defendants Friends of the Earth, et al. shall each be permitted to file a combined brief of up to 35 pages (excluding the table of contents and table of authorities, *see* W.D. La. LR 7.8), both arguing for summary judgment and responding to the Plaintiffs' motions for summary judgment.

IT IS SO ORDERED

DATE: July 16, 2025.

_____
HONORABLE JAMES D. CAIN, JR.
UNITED STATES DISRICT JUDGE