# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*, and FRIENDS OF THE EARTH, et al., *Intervenor-Defendants*. | Civ. No.:   2:25-CV-00071-JDC-TPL <br><br> Judge:   James D. Cain, Jr. <br><br> Mag. Judge:   Thomas P. LeBlanc |

**DEFENDANTS' AND INTERVENOR-DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND THE PAGE LIMITS FOR THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

Defendants Donald J. Trump, in his official capacity as President of the United States, et al. and Intervenor-Defendants Friends of the Earth, et al. respectfully move to extend the page limits for their replies in support of their motions for summary judgment. Defendants and Intervenor-Defendants respectfully request leave to each file a reply brief in support of their motions for summary judgment of up to 20 pages. Pursuant to Local Rule 7.4.1, Defendants' and Intervenor-Defendants' counsel conferred with Plaintiffs' counsel. No party opposes this motion.

Plaintiffs Louisiana, Gulf Energy Alliance, Alabama, Alaska, Georgia, and Mississippi filed a 15-page brief in reply and in opposition to motions for a summary judgment. ECF No. 64. Plaintiff American Petroleum Institute filed a separate 22-page brief in reply and in opposition to motions for summary judgment, with distinct arguments. ECF No. 66.

Defendants and Intervenor-Defendants are endeavoring to craft their briefs as efficiently as possible but need the requested extension of the page limit to adequately make their arguments responding to the oppositions to summary judgment raised in Plaintiffs' combined 37 pages of briefing. In addition, permitting Defendants and Intervenor-Defendants to submit combined briefs rather than filing separate briefs in response to the two sets of Plaintiffs, will streamline the briefing and be more efficient for the Court. For these reasons, Defendants and Intervenor-Defendants respectfully request that they each be granted permission to file a reply in support of their motions for summary judgment brief of up to 20 pages, as set forth in the attached proposed order.

Respectfully submitted this 15th day of September, 2025.

/s/ Lauren E. Godshall
Lauren E. Godshall, La. Bar. No. 31465
Earthjustice
1505 Colony Place
Metairie, LA 70003
T: 773-828-0836

lgodshall@earthjustice.org

*/s/ Stephen D. Mashuda*
Stephen D. Mashuda (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: 206-343-7340
smashuda@earthjustice.org

*/s/ Brettny Hardy*
Brettny Hardy (*pro hac vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415-217-2000
bhardy@earthjustice.org

*/s/ Benjamin P. Chagnon*
Benjamin P. Chagnon (*pro hac vice*)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
T: 202-745-5210
bchagnon@earthjustice.org

*Counsel for Applicant-Intervenor-Defendants Friends of the Earth, Healthy Gulf, Oceana, Surfrider Foundation*


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

2

3

*Counsel for Federal Defendants*

Case 2:25-cv-00071-JDC-TPL     Document 67     Filed 09/16/25     Page 4 of 4 PageID #: 1912

3