# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., *Plaintiffs,* v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants,* and FRIENDS OF THE EARTH, et al., *Intervenor-Defendants.* | Civ. No.: 2:25-CV-00071-JDC-TPL <br><br> Judge: James D. Cain, Jr. <br><br> Mag. Judge: Thomas P. LeBlanc |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENOR-DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND THE PAGE LIMITS FOR THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendants' and Intervenor-Defendants' Joint Unopposed Motion to Extend the Page Limit for Their Replies in Support of Their Motions for Summary Judgment. Having considered the Motion and all other matters properly presented to the Court,

THE COURT HEREBY FINDS that good cause exists to grant the Motion, and therefore the Motion is GRANTED. It is therefore ORDERED that Defendants Donald J. Trump, in his official capacity as President of the United States, et al. and Intervenor-Defendants Friends of the Earth, et al. shall each be permitted to file a combined reply brief of up to 20 pages (excluding the table of contents and table of authorities, *see* W.D. La. LR 7.8), supporting their motions for summary judgment.

IT IS SO ORDERED

DATE: _____, 2025.

_____
HONORABLE JAMES D. CAIN
UNITED STATES DISRICT JUDGE