# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:25-CV-00071** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **GRANTS IN PART** and **DENIES IN PART** the Motions for Summary Judgment [docs. 47, 55] filed by the plaintiff states and the federal defendants, **GRANTS** the Motion for Summary Judgment [doc. 48] filed by plaintiff American Petroleum Institute, and **DENIES** the Motion for Summary Judgment [doc. 61] filed by intervenor-defendants, to the effect that summary judgment is **GRANTED** on Count Three of Plaintiffs' Complaint, **DENIED** on Counts One and Two, and **DENIED AS MOOT** as to plaintiffs' request for injunctive relief. Accordingly, judgment will be entered for plaintiffs to the effect that the Withdrawal Memoranda are declared unlawful for exceeding the authority granted under § 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1341(a).

**THUS DONE AND SIGNED** in Chambers on the 2nd day of October, 2025.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**